# In The United States District Court
# For The Kansas District

Jeremy Lindsey
   Plaintiff

Vs.

Russell Cook
   Defendant

NO. 21-3025

C.D.C. No 5:19-CV-03094

## Motion For Filing Fee Refund

See Exhibit 1, the 10th Cir. has ordered the Full Filing Fee Be Refunded ($505.00) dollars. As of 12-16-25 Plaintiff have not Recieved the Refund. Order Was Issued Nov. 19. 25. Plaintiff Request his full filing fee be Refunded as ordered BY U.S. Court OF Appeals.

Respectfully
Jeremy Lindsey
PO Box 311
Eldorado KS 67042